UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEC TABAK,

               Plaintiff,              25-cv-7874 (JGK)

     - against -               ORDER

LAWNEWZ, INC.,

               Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by December 30, 2025.

SO ORDERED.

Dated:    New York, New York
           December 16, 2025

                              John G. Koeltl
                    United States District Judge