UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ALEX TABAK,

                                    Plaintiff(s)

                                                                    25 civ 7874 (JGK)

            -against-

LAWNEWZ, INC.,

                                    Defendant(s).
----------------------------------------------------------------X

## ORDER

The conference scheduled for Thursday, January 8, 2026, at 2:30pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
            December 22, 2025